# IN THE SUPREME COURT OF THE STATE OF NEVADA

JONATHAN WAYNE MUNDO,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 70645

FILED

JUN 15 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____

## ORDER OF AFFIRMANCE

This is a pro se appeal from a district court order denying a motion to amend a judgment of conviction by modifying the sentences to run concurrently with a sentence in an out-of-state case. Eighth Judicial District Court, Clark County; Susan Johnson, Judge.

Appellant was convicted, pursuant to a guilty plea, of conspiracy to commit robbery and robbery with the use of a deadly weapon. He was sentenced to serve consecutive terms of 12-30 months, 24-60 months, and 12-60 months. The judgment of conviction specifies that the sentences are to be served concurrently with the sentences imposed in another Nevada case (C261234) and consecutively to the sentences imposed in a California case (FWV1200604).

In a motion filed on May 4, 2016, appellant sought clarification as to how the sentences imposed in this case are to be served in relationship to the sentence imposed in a second California case (FWV1202243) that is consecutive to the sentence imposed in the California case mentioned in the judgment of conviction in this case. The district court denied the motion, concluding that there was no evidence that the sentencing judge overlooked the other California case or made a clerical error. We conclude that the motion was properly denied as

17-19928

appellant did not demonstrate a clerical error that could be corrected under NRS 176.565 or a misunderstanding as to his criminal record that worked to his extreme detriment such that the sentence should be modified consistent with *Edwards v. State*, 112 Nev. 704, 708, 918 P.2d 321, 324 (1996). Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc: Hon. Susan Johnson, District Judge
Jonathan Wayne Mundo
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk